# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

CHARLIE JONES,

        Plaintiffs,

vs.                              CASE NO:5:06-cv-15-M

A-OK, LLC, an Oklahoma limited liability Company,

        Defendant.

_____/

## JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, CHARLIE JONES and Defendant, A-OK, LLC, an Oklahoma limited liability company, by and through the undersigned counsel, and hereby file their Notice of Voluntary Dismissal With Prejudice for the above styled case.

Dated: November 30, 2006                Respectfully submitted,

| /s/ Stephan M. Nitz | /s/ David B. Donchin |
|---|---|
| Stephan M. Nitz | David B. Donchin |
| Florida Bar No.: 45561 | Oklahoma Bar No.: 10783 |
| snitz@szalaw.com | ddonchin@dlb.net |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| Schwartz Zweben & Slingbaum, L.L.P. | Durbin, Larimore and Bialick |
| 3876 Sheridan Street, | 920 N. Harvey Avenue |
| Hollywood, Florida 33021 | Oklahoma City, Oklahoma 73102 |
| Telephone: (954) 966-2483 | Telephone: (405) 235-9584 |
| Facsimile: (954) 966-2566 | Facsimile: (405) 235-0551 |
| | (Signed by plaintiff's counsel with permission from David B. Donchin) |